**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ABAGAIL MARIE BAUGHMAN,

  Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and ALLY FINANCIAL INC.,

  Defendants.
_____/

CASE NO.: 6:24-cv-01309-JSS-LHP

**NOTICE OF SETTLEMENT AS TO DEFENDANT,**
**ALLY FINANCIAL INC.**

COMES NOW Plaintiff, ABAGAIL MARIE BAUGHMAN, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, ALLY FINANCIAL INC., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 5th day of November, 2024.

                                                  **/s/ Frank H. Kerney, III**
                                                Frank H. Kerney, III, Esq.
                                                Florida Bar No.: 88672
                                                Tennessee Bar No.: 035859
                                                The Consumer Lawyers PLLC
                                                501 E. Kennedy Blvd., Suite 610

Tampa, FL 33602<br>
Telephone: (844) 855-9000<br>
Facsimile: (844) 951-3933<br>
Frank@theconsumerlawyers.com<br>
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 5th day of November, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/ Frank H. Kerney, III**<br>
Frank H. Kerney, III<br>
Florida Bar No.: 88672<br>
The Consumer Lawyers<br>
*Attorney for Plaintiff*