**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ABAGAIL MARIE BAUGHMAN,

  Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and ALLY FINANCIAL INC.,

  Defendants.
_____/

CASE NO.: 6:24-cv-01309-JSS-LHP

**NOTICE OF SETTLEMENT AS TO DEFENDANT,**
**TRANS UNION LLC**

COMES NOW Plaintiff, ABAGAIL MARIE BAUGHMAN, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, TRANS UNION LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 6th day of November, 2024.

                                                  **/s/ Frank H. Kerney, III**
                                                  Frank H. Kerney, III, Esq.
                                                  Florida Bar No.: 88672
                                                  Tennessee Bar No.: 035859
                                                  The Consumer Lawyers PLLC
                                                  501 E. Kennedy Blvd., Suite 610

Tampa, FL 33602
Telephone: (844) 855-9000
Facsimile: (844) 951-3933
Frank@theconsumerlawyers.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 6th day of November, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

***/s/ Frank H. Kerney, III***
Frank H. Kerney, III
Florida Bar No.: 88672
The Consumer Lawyers
*Attorney for Plaintiff*