**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ABAGAIL MARIE BAUGHMAN,

  Plaintiff,

v().

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and ALLY FINANCIAL INC.,

  Defendants.
_____/

CASE NO.: 6:24-cv-01309-JSS-LHP

**NOTICE OF SETTLEMENT AS TO DEFENDANTS,**
**EQUIFAX INFORMATION SERVICES LLC AND EXPERIAN**
**INFORMATION SOLUTIONS, INC.**

COMES NOW Plaintiff, ABAGAIL MARIE BAUGHMAN, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendants, EQUIFAX INFORMATION SERVICES LLC and EXPERIAN INFORMATION SOLUTIONS, INC., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 12th day of November, 2024.

1

**/s/ Frank H. Kerney, III**
Frank H. Kerney, III, Esq.
Florida Bar No.: 88672
Tennessee Bar No.: 035859
The Consumer Lawyers PLLC
501 E. Kennedy Blvd., Suite 610
Tampa, FL 33602
Telephone: (844) 855-9000
Facsimile: (844) 951-3933
Frank@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 12th day of November, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/ Frank H. Kerney, III**
Frank H. Kerney, III
Florida Bar No.: 88672
The Consumer Lawyers
*Attorney for Plaintiff*
